# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0563.  DONALD MORAN v. THE STATE.

Donald Moran was found guilty of aggravated battery, aggravated assault, burglary, possession of a knife during the commission of a felony, and stalking.  On appeal, we reversed his stalking conviction, but affirmed his remaining convictions. *Moran v. State*, 334 Ga. App. 765 (780 SE2d 529) (2015).  Moran later filed an extraordinary motion for new trial based on newly discovered evidence.  The trial court denied the motion, and Moran filed this direct appeal.  We lack jurisdiction.

An appeal from the denial of an extraordinary motion for new trial must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Moran's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/05/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.